IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YERACHMIEL PINCHAS HALEIVI,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-2409** |
| | : | |
| **G. COSBY,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 22nd day of October, 2021, in light of *pro se* Plaintiff Yerachmiel Pinchas Haleivi's failure to file an amended complaint in accordance with this Court's Order entered on August 18, 2021 (ECF No. 5), which informed Haleivi that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

1. Haleivi's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Haleivi did not intend to stand on his Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e) and attach his proposed amended complaint to that motion.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, J.**